Commonwealth *v.* Melendez, Appellant.

724

Submitted September 12, 1973. *Joseph C. Mesics,* for appellant; *Frederick S. Wolfson,* Assistant District Attorney, and *George E. Christianson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.